IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Thompson, Ira Leon | Case Number: 05 B 02392 |
|---|---|---|
|  | Thompson, Gladys M | Judge: Squires, John H |
|  | Printed: 10/9/07 | Filed: 1/26/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: August 23, 2007
Confirmed: May 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 76,705.96 |  |
| Secured: |  | 55,825.23 |
| Unsecured: |  | 15,377.01 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,900.00 |
| Trustee Fee: |  | 3,603.41 |
| Other Funds: |  | 0.31 |
| Totals: | 76,705.96 | 76,705.96 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,900.00 | 1,900.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Household Financial Corporation | Secured | 35,669.97 | 28,289.98 |
| 4. | Ford Motor Credit Corporation | Secured | 2,375.50 | 2,375.50 |
| 5. | Wells Fargo Fin. Retail Credit | Secured | 2,750.46 | 2,750.46 |
| 6. | JP Morgan Chase Bank | Secured | 19,429.83 | 19,429.83 |
| 7. | Household Financial Corporation | Secured | 2,979.46 | 2,979.46 |
| 8. | Resurgent Capital Services | Unsecured | 12,210.99 | 12,210.99 |
| 9. | Credit First | Unsecured | 560.53 | 560.53 |
| 10. | ECast Settlement Corp | Unsecured | 219.76 | 219.76 |
| 11. | RJM Acquisitions LLC | Unsecured | 34.36 | 34.36 |
| 12. | World Financial Network Nat'l | Unsecured | 157.45 | 157.45 |
| 13. | Resurgent Capital Services | Unsecured | 1,151.72 | 1,151.72 |
| 14. | AT&T | Unsecured | 461.80 | 461.80 |
| 15. | AT&T | Unsecured | 580.40 | 580.40 |
| 16. | Gateway | Secured |  | No Claim Filed |
| 17. | Gateway | Unsecured |  | No Claim Filed |
| 18. | Customer Service Dept | Unsecured |  | No Claim Filed |
| 19. | Prime Co | Unsecured |  | No Claim Filed |
| 20. | Carson Pirie Scott & Co | Unsecured |  | No Claim Filed |
| 21. | Hinckley & Schmitt | Unsecured |  | No Claim Filed |
| 22. | Midwest Emergency | Unsecured |  | No Claim Filed |
| 23. | Neurologic Associates | Unsecured |  | No Claim Filed |
| 24. | Capital One | Unsecured |  | No Claim Filed |
| 25. | US Cellular | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thompson, Ira Leon  
Thompson, Gladys M  
Printed: 10/9/07

Case Number: 05 B 02392  
Judge: Squires, John H  
Filed: 1/26/05

| | | | | |
|---|---|---|---|---|
| 26. | Instant Car Credit Inc | Unsecured | | No Claim Filed |
| 27. | World Com | Unsecured | | No Claim Filed |
| 28. | Mercy Medical Center | Unsecured | | No Claim Filed |
| 29. | Capital One | Unsecured | | No Claim Filed |
| 30. | Cingular Wireless | Unsecured | | No Claim Filed |
| 31. | Auto Pass | Unsecured | | No Claim Filed |

$ 80,482.23       $ 73,102.24

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 350.58 |
| 5.5% | 923.17 |
| 5% | 206.00 |
| 4.8% | 2,068.11 |
| 5.4% | 55.55 |

$ 3,603.41

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_